IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVIE HATCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 2:22-cv-308-RAH-CWB |
| WHARF CASUAL SEAFOOD MONTGOMERY, INC., | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

On September 13, 2023, the Magistrate Judge entered a recommendation (Doc. 27) that the Motion to Dismiss (Doc. 25) filed by Defendant Wharf Casual Seafood Montgomery, Inc. be granted. The Plaintiff filed no objections. After an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** that:

    1. The Recommendation (Doc. 27) of the Magistrate Judge is **ADOPTED**.

    2. Wharf Casual Seafood Montgomery, Inc.'s Motion to Dismiss (Doc. 25) is **GRANTED**.

    3. Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice.

DONE, on this the 8th day of November, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE